1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHARON LAHEY
4  Special Assistant United States Attorney
   Social Security Administration
5     160 Spear Street, Suite 800
      San Francisco, California  94105
6     Telephone: (510) 970-4827
      Email: sharon.lahey@ssa.gov
7
8  Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| JUANITA ELIZABETH HERNANDEZ, | ) | CIVIL NO. 1:22-cv-00859-SKO |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | ) ) | (Doc. 12) |
| KILOLO KIJAKAZI, Acting Commissioner Of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

With the Court's approval, IT IS HEREBY STIPULATED, by and between Plaintiff Juanita Elizabeth Hernandez ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record in the above-captioned matter be extended thirty (30) days from October 13, 2022, up to and including November 14, 2022. This is the Parties' first request for an extension in the above-captioned matter. The Parties respectfully request that the Court find good cause to grant their request for additional time because the Defendant is

STIPULATION AND ORDER                           CASE NO.: 1:22-cv-00859-SKO

currently in the process of finalizing and certifying the Certified Administrative Record, but it is not yet ready and available for filing.

| | |
|---|---|
| Date:  October 13, 2022 | PENA & BROMBERG, ATTORNEYS AT LAW |
| | |
| | By:  /s/  *Jonathan Omar Pena*  *<br>JONATHAN OMAR PENA<br>(*Authorized by e-mail on October 13, 2022)<br>Attorneys for Plaintiff |
| Date:  October 13, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | By:  /s/ *Sharon Lahey*<br>SHARON LAHEY<br>Special Assistant United States Attorney |

### ORDER

Pursuant to the parties' foregoing stipulation (Doc. 12), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time until November 14, 2022, to file the certified administrative record. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 17, 2022**         /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER          CASE NO.: 1:22-cv-00859-SKO