| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| 2 | United States Attorney |
|   | DEBORAH LEE STACHEL |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | SHARON LAHEY |
| 5 | Special Assistant United States Attorney |
|   | Social Security Administration |
| 6 |   160 Spear Street, Suite 800 |
|   |   San Francisco, California  94105 |
| 7 |   Telephone: (510) 970-4827 |
|   |   Email: sharon.lahey@ssa.gov |
| 8 | |
| 9 | Attorneys for DEFENDANT |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JUANITA ELIZABETH HERNANDEZ, | ) | CIVIL NO. 1:22-cv-00859-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | (Doc. 15) |
| KILOLO KIJAKAZI, Acting Commissioner | ) | |
|   Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

With the Court's approval, IT IS HEREBY STIPULATED, by and between Plaintiff Juanita Elizabeth Hernandez ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant") (collectively, the "Parties"), through their respective counsel of record, that the time for Defendant to file the Certified Administrative Record in the above-captioned matter be extended thirty (30) days from December 14, 2022, up to and including January 13, 2023.  This is the Parties' third request for an extension in the above-captioned matter.  The Parties respectfully request that the Court find good cause to grant their request for additional time because the Defendant is currently in the process of finalizing and certifying the Certified Administrative Record, but it is not yet

ready and available for filing due to a delay in the transcription of the transcript of the merits hearing. Undersigned counsel apologizes to the Court and Plaintiff for the untimeliness of this this request, as she inadvertently mis-calendared the deadline for filing the Certified Administrative Record.

Date:  December 16, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By:  /s/  *Jonathan Omar Pena*  *
JONATHAN OMAR PENA
(*Authorized by e-mail on December 16, 2022)
Attorneys for Plaintiff

Date:  December 16, 2022    PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney

## ORDER

Pursuant to the parties' foregoing stipulation (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of time, *nunc pro tunc*, until January 13, 2023, to file the certified administrative record.  All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly

IT IS SO ORDERED.

Dated:  **December 19, 2022**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER    CASE NO.: 1:22-cv-00859-SKO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28