PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SHARON LAHEY, CSBN 263027
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (510) 970-4827
   E-Mail: Sharon.Lahey@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JUANITA ELIZABETH HERNANDEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>   Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-00859-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND TO AGENCY PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT; ORDER<br><br>(Doc. 20) |

    IT IS HEREBY STIPULATED by and between Juanita Elizabeth Hernandez (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their undersigned counsel of record, that the above-entitled action shall be remanded to the United States Social Security Administration (the "Agency") for further administrative proceedings. Upon remand, the Agency will vacate the Administrative Law Judge's decision, re-evaluate the evidence, and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final

decision of the Commissioner.  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated:  May 8, 2023     PENA & BROMBERG PLC

By:  */s/  Jonathan O. Pena*
JONATHAN O. PENA
Attorney for Plaintiff
*Authorized via e-mail

Dated:  May 8, 2023     PHILLIP A. TALBERT
United States Attorney

By:  */s/ Sharon Lahey*
SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 20), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Agency for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:  **May 8, 2023**                     */s/ Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE