PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR CODER, CA 258258
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4814
      E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA ELIZABETH HERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:22-cv-00859-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920; ORDER<br><br>(Doc. 23) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount $6,249.63  (SIX THOUSAND TWO HUNDRED FORTY-NINE dollars and SIXTY-THREE cents) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel, if any.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor any assignment

1  will depend on whether the fees are subject to any offset allowed under the United States
2  Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the
3  government will determine whether they are subject to any offset.
4      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
5  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,
6  expenses and costs to be made directly to counsel, pursuant to the assignment executed by
7  Plaintiff.  Any payments made shall be delivered to Counsel.
8      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
9  attorney fees, and does not constitute an admission of liability on the part of Defendant under the
10 EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and
11 bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating
12 to EAJA attorney fees or costs in connection with this action.
13     This award is without prejudice to the rights of counsel and/or counsel's firm to seek
14 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause
15 provisions of the EAJA.

                                    Respectfully submitted,

Date: August 9, 2023                /s/ *Jonathan Pena**
                                    PLAINTIFF'S COUNSEL
                                    (as authorized by email on Aug. 9, 2023)
                                    Attorney for Plaintiff


Date: August 9, 2023                PHILLIP A. TALBERT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                                    */s/ Ellinor Coder*
                                    ELLINOR CODER
                                    Special Assistant United States Attorney
                                    Social Security Administration
                                    Attorney for Defendant

**ORDER**

Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (Doc. 23), **IT IS ORDERED** that fees and expenses in the amount of $6,249.63 as authorized by 28 U.S.C. § 2412, and NO costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **August 10, 2023**          /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE